# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No.: 8:23-cv-2187

STEVEN HAMMOND,
SHARON HAMMOND,
Individuals,

      Plaintiffs,

v.

WESLEY CHAPEL-HY, LLC.,
d/b/a HYUNDAI OF WESLEY CHAPEL,
A Florida Corporation,

      Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

      In accordance with Local Rule 1.04(c), I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: September 27, 2023

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685

Email:  Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW
FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiffs, STEVEN and*
*SHARON HAMMOND*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.


_____/s/_____
JOSHUA FEYGIN, ESQ.
FLORIDA BAR NO.: 124685