# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:23-cv-2187

STEVEN HAMMOND,
SHARON HAMMOND,
Individuals,

    Plaintiffs,

v.

WESLEY CHAPEL-HY, LLC.,
d/b/a HYUNDAI OF WESLEY CHAPEL,
A Florida Corporation,

    Defendant.
_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiffs, STEVEN and SHARO HAMMOND, by and through undersigned counsel, and pursuant to M.D. Fla. Local Rule 2.02, hereby notify the Court that Joshua Feygin, Esquire is Plaintiff's lead counsel.

Dated: September 28, 2023

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiffs, STEVEN and*

*SHARON HAMMOND*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 28, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

                                                                                     _____/s/_____
                                                           JOSHUA FEYGIN, ESQ.
                                                           FLORIDA BAR NO.: 124685