# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:23-cv-2187

STEVEN HAMMOND,
SHARON HAMMOND,
Individuals,

    Plaintiffs,

v.

WESLEY CHAPEL-HY, LLC.,
d/b/a HYUNDAI OF WESLEY CHAPEL,
A Florida Corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, STEVEN and SHARON HAMMOND, and Defendant, WESLEY CHAPEL-HY, LLC., d/b/a HYUNDAI OF WESLEY CHAPEL, by and through their respective counsel, hereby jointly provide notice to this honorable Court that the parties have reached an agreement to compromise and resolve the above-styled civil action, and that a joint stipulation of dismissal with prejudice will be filed hereafter.

    Respectfully submitted,

| | |
|---|---|
| */s/ Joshua Feygin* | */s/ Christopher Branton* |
| **Joshua Feygin, Esq.** | **Christopher Branton, Esq.** |
| Florida Bar No. 124685 | Florida Bar No. 825611 |
| **JOSHUA FEYGIN, PLLC** | **HILL WARD HENDERSON** |
| 1930 Harrison Street | 101 E. Kennedy Boulevard |

| | |
|---|---|
| Suite 208F | Suite 3700 |
| Hollywood, Florida 33020 | Tampa, FL 33602 |
| Phone:  (954) 228-5674 | Phone: 813-221-3900 |
| Fax:     (954) 697-0357 | Fax: 813-221-2900 |
| Email:  Josh@JFeyginesq.com | Email: chris.branton@hwhlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
